**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORGE ROBERTO HERNANDEZ, JR., <br><br>Plaintiff, <br><br>v. <br><br>TRANS UNION LLC, <br><br>Defendants. | Case No. 2:18-cv-01348-RFB-VCF <br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Jorge Roberto Hernandez, Jr. ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 23, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 14, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

4846-9435-5311.1

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 4, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this 8th day of August, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**LAW OFFICE OF MITHCELL D. GLINER**

*/s/ Mitchell D. Gliner*

Mitchell D. Gliner
Nevada Bar No. 003419
3017 W. Charleston Blvd., Suite 95
Las Vegas, NV 89102
Telephone: (702) 870-8700
Facsimile: (702) 870-0034
Email: mgliner@glinerlaw.com

## **ORDER**

IT IS SO ORDERED the Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is extended up to and including September 4, 2018.

Dated this 9th day of August, 2018.

UNITED STATES MAGISTRATE JUDGE

4846-9435-5311.1